S. G. Fournier, appellee, v. Wiswell Radio Company, appellant. Gen. No. 32,389.

Opinion filed June 19, 1928.

Kirkland, Patterson & Fleming, for appellant; David Jacker and William H. Symmes, of counsel. Cochrane & George, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Anne Delson, defendant in error, v. H. Jay Delson, plaintiff in error. Gen. No. 32,407.

Opinion filed June 19, 1928.

John R. McCabe and Clyde C. Fisher, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

In re petition of Joseph Majewski under the Insolvent Debtors' Act. Eleanor Durina, respondent, plaintiff in error. Gen. No. 32,515.

Opinion filed June 19, 1928.

Leesman, Roemer & Schnell, for plaintiff in error. J. J. Buckley, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois ex rel. Sarah Tepper, defendant in error, v. Jack Tepper, plaintiff in error. Gen. No. 32,536.

Opinion filed June 19, 1928. Rehearing denied July 2, 1928.

Trainor & Trainor, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; John Holman and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.